U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 7 2018
CLERK, U.S. DISTRICT COURT
By ________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

PATRICK DUDLEY (01)

No. 7:18-mj-010-BP

CRIMINAL COMPLAINT

I, Kevin K. Brown, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Possession with Intent to Distribute a Controlled Substance

On or about May 14, 2018, in the Wichita Falls Division of the Northern District of Texas, defendant **Patrick Dudley** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

I am a Task Force Officer with the Drug Enforcement Administration (DEA) and this Complaint is based on the following facts:

1. Members of the Wichita Falls Police Department (WFPD) received information that Patrick Dudley was distributing cocaine in the Wichita Falls, Texas area. Wichita Falls narcotics investigators began investigating.

2. On May 14, 2018, WFPD undercover personnel negotiated with Dudley to purchase approximately two ounces of cocaine for $1,800. An undercover officer agreed to meet with Dudley at a parking lot in Wichita Falls.

3. Dudley was waiting in the parking lot when the undercover officers arrived. The undercover officers entered Dudley's vehicle. Dudley provided one of the undercover officers with approximately two ounces of cocaine. One of the undercover officers handed Dudley $1,800. The undercover officers exited Dudley's vehicle and departed.

4. The undercover officers performed a presumptive test on the suspected cocaine. The result was positive for cocaine, with a gross weight of 60.6 grams. The cocaine was submitted to the DEA laboratory for testing and safekeeping.

Although I have not listed all the facts regarding this offense, I believe that the facts stated above establish that the above-named defendant has violated 21 U.S.C. § 841(a)(1) and (b)(1)(C).

[signature]

Kevin K. Brown
DEA - Task Force Officer

Sworn to before me, and subscribed in my presence on June 7, 2018 at 1:54 p.m., in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE